UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                    **JS-6**

| Case No. | **CV 24-6727-CBM(MAAx)** | Date | AUGUST 13, 2024 |
|---|---|---|---|

| Title | Sean Rose v. Wells Fargo Bank N.A. et al |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:      In Court      X   In Chambers      X      Counsel Notified**

The case is ordered closed pursuant to the Notice of dismissal filed on August 12, 2024 [4].
All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties

---

CV-90                    **CIVIL MINUTES - GENERAL**      Initials of Deputy Clerk <u>YS</u>